IN THE UNITED STATES COURT OF
APPEALS FOR THE FOURTH CIRCUIT

Edward Womble

Plaintiff-Appellant,

v.                                                    No. 26-6517

Patel Rahil

Defendant-Appellee

## MOTION TO VACATE INFORMAL BRIEFING SCHEDULE AND ESTABLISH FORMAL BRIEFING SCHEDULE

Appellant respectfully requests that this Court vacate the informal briefing schedule and replace it with a formal briefing schedule. Appellant now has counsel, so this case is no longer a pro se appeal appropriate for placement on an informal briefing calendar.

1. Appellant proceeded before the district court and, initially, this Court *pro se*.

2. As this case was previously pro se, this Court issued an informal briefing schedule pursuant to this Court's Local Rule 34(b). The rule applies only to a disability case like this one when the appellant is pro se.

1

3. While the informal brief schedule was pending, undersigned counsel agreed to represent Appellant and entered an appearance on his behalf.

4. Appellant respectfully requests permission under Local Rule 34(b) to proceed through formal briefing. He asks this Court to direct the Clerk to issue a formal briefing schedule. Failing to file an informal brief was not an intention to abandon this appeal but instead an understanding that Appellant's change in represented status would result in formal briefing.

5. As a formal briefing schedule will result in a vacated informal briefing schedule, Appellant respectfully requests that this Court deem any default in filing to file an informal brief as cured. Appellee will suffer no prejudice as Appellee has still not even been served because of the pre-service dismissal of Appellant's claim under the Prison Litigation Reform Act.

## CONCLUSION

For the foregoing reasons, Appellant respectfully requests that this Court vacate the informal briefing schedule and issue a formal briefing schedule.

Respectfully submitted,

*/s/ Samuel Weiss*
Samuel Weiss
Rights Behind Bars
1800 M Street NW Front 1
#33821
Washington, DC 20033

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 20 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Date:  July 20, 2026

*/s/ Samuel Weiss*
Samuel Weiss

Rights Behind Bars
1800 M Street NW Front 1
#33821
Washington, DC 20033

## CERTIFICATE OF COMPLIANCE

I hereby certify that this response complies with the type-volume requirements of Rule 27(d)(2)(A) and Rule 32(g). This motion contains 252 words.

Date: July 20, 2026

*/s/ Samuel Weiss*
Samuel Weiss

Rights Behind Bars
1800 M Street NW Front 1
#33821
Washington, DC 20033