FILED:  July 24, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-6517
(5:26-cv-00053-MEO)

_____

EDWARD LAMONT WOMBLE

Plaintiff - Appellant

v.

PATEL RAHIL, Doctor; LASHEA YOUNG, PA-C Doctor

Defendants - Appellees

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to vacate informal briefing schedule and establish formal briefing, the court grants the motion. The clerk shall establish briefing by separate order.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk