## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and Local Rule 26.1, *amicus curiae* states that no party to this brief is a publicly held corporation or entity, issues stock, or has a parent corporation.