FILED: September 10, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-6517
(5:26-cv-00053-MEO)

---

EDWARD LAMONT WOMBLE

Plaintiff - Appellant

v.

PATEL RAHIL, Doctor; LASHEA YOUNG, PA-C Doctor

Defendants - Appellees

------------------------------

CONSTITUTIONAL ACCOUNTABILITY CENTER

Amicus Supporting Appellant

---

O R D E R

---

Upon consideration of submissions relative to the motion to file an amicus curiae brief, the court grants the motion and accepts the amicus brief filed by Constitutional Accountability Center.

The court accepts the brief for filing.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk