**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 16, 2026

---

SECOND
DOCKET CORRECTION NOTICE

---

No. 26-6517, Edward Womble v. Patel Rahil
5:26-cv-00053-MEO

TO: Edward Lamont Womble

BRIEF OR JOINT APPENDIX CORRECTION DUE: September 21, 2026

Please make the correction identified below and file a corrected document by the due date indicated. Use the **BRIEF** or **JOINT APPENDIX** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief/joint appendix. Arrangements may be made with the clerk for return of paper copies for correction, if applicable. The time for filing the next brief is unaffected by this notice.

---

[ ✔ ] Brief citations to the joint appendix are not in the proper format. Please refer to **Appendix Pagination & Brief Citation Guide** for guidance.

---

[ ✔ ] Appendix organization is not in compliance with Local Rule 30(b)(3). **Note:** If appendix corrections alter brief citations, a corrected brief will also need to be filed.

---

K. Hancock, Deputy Clerk
804-916-2702