**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 5, 2026

---

DOCKET CORRECTION NOTICE

---

No. 26-6517, Edward Womble v. Patel Rahil
5:26-cv-00053-MEO

TO: Edward Lamont Womble

**FILING CORRECTION DUE: October 13, 2026**

Please make the correction identified below and file a corrected document by the date indicated.

---

[✔] Document attached to the Brief entry is incorrect. Please refile opening brief and attach the correct PDF to the entry.

K. Hancock, Deputy Clerk
804-916-2702