**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 16, 2026

---

RULE 45 NOTICE-BRIEF/APPENDIX

---

No. 26-6517, Edward Womble v. Patel Rahil
5:26-cv-00053-MEO

TO: Edward Lamont Womble

**BRIEFING DOCUMENT DUE:** 11/02/2026

The court has not received the corrected briefing document(s) identified below, which are now overdue under this court's briefing order. Please take notice that the court may dismiss this case for failure to prosecute pursuant to Local Rule 45 unless the corrected document(s) and a motion to extend filing time are received in the clerk's office, or the default is otherwise remedied, within 15 days of the date of this notice. The deadlines for any subsequent briefs may be extended after filing of the past-due brief.

---

[✔] Corrected opening brief

K. Hancock, Deputy Clerk
804-916-2702