**IN THE UNITED STATES
COURT OF APPEALS FOR THE
FOURTH CIRCUIT**

| | |
|---|---|
| Edward Womble<br><br>Plaintiff-Appellant,<br><br>v.<br><br>Patel Rahil; LaShea Young<br><br>Defendants-Appellees. | No. 26-6517 |

## MOTION TO EXTEND FILING TIME

Appellant respectfully requests that this Court accept his cured brief as timely filed.

1. Appellant initially proceeded before the district court and this Court *pro se*.

2. Undersigned Counsel entered an appearance to represent Appellant on this appeal on a pro bono basis.

3. Undersigned Counsel timely filed his opening brief. He cited to the appendix with an "A." rather than a "J.A." citation because Defendants have not been served in this case and therefore the appendix was not technically a joint

one. This Court, however, notified Undersigned Counsel that this was in error. It also notified him that the Appendix was not in the correct order and to correct this as well.

4. Undersigned Counsel submitted the corrected appendix and what he believed was the corrected brief, but he attached the incorrect document to the brief filing.

5. Undersigned counsel works for a small and lightly resourced non-profit organization without paralegals. He apologizes for any inconvenience to this Court that these administrative errors have caused.

6. Defendants have not been permitted to be served in this case and therefore have not been prejudiced or affected in any way by a delay.

## CONCLUSION

For the foregoing reasons, Appellant respectfully requests that this Court accept his cured brief as timely filed.

Respectfully submitted,

*/s/ Samuel Weiss*
Samuel Weiss
Rights Behind Bars
1800 M St. NW, Front 1, #33821
Washington, DC 20033

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2026, I electronically filed the foregoing Motion with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Date: November 19, 2026

*/s/ Samuel Weiss*
Samuel Weiss

Rights Behind Bars
1800 M Street NW Front 1
#33821
Washington, DC 20033

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the type-volume requirements of Rule 27(d)(2)(A) and Rule 32(g). This motion contains 210 words.

Date: November 19, 2026

*/s/ Samuel Weiss*
Samuel Weiss

Rights Behind Bars
1800 M Street NW Front 1
#33821
Washington, DC 20033