FILED: November 24, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-6517
(5:26-cv-00053-MEO)

---

EDWARD LAMONT WOMBLE

Plaintiff - Appellant

v.

PATEL RAHIL, Doctor; LASHEA YOUNG, PA-C Doctor

Defendants - Appellees

------------------------------

CONSTITUTIONAL ACCOUNTABILITY CENTER

Amicus Supporting Appellant

---

O R D E R

---

The court grants the motion for extension of time to file the corrected opening brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk